UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED HEALTHCARE SERVICES, INC.**, *et al.*,

      Plaintiffs,

   v.

**JEFFREY CORZINE,**

      Defendant.

**Case No. 2:21-cv-319**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER LIFTING PRELIMINARY INJUNCTION

This matter is before the Court on the parties' Joint Motion to Vacate the Preliminary Injunction. (ECF No. 41.) On March 15, 2021, the Court entered an Opinion and Order (ECF No. 38) granting in part Plaintiffs' Motion for Preliminary Injunction (ECF No. 2). The Court's Order states, "Defendant Jeffrey Corzine is prohibited from employment in any role at Humana related to Humana's Ohio Medicaid business and is prohibited from engaging in any activity that breaches his noncompetition or non-solicitation covenants, consistent with this opinion, until the Ohio Medicaid contract awards are finalized and the Provider Agreements are executed." (ECF No. 38 at 43.)

On April 9, 2021, the State of Ohio Department of Medicaid announced that UnitedHealthcare Community Plan of Ohio, Inc. and Humana Health Plan of Ohio, Inc. had been selected to receive Medicaid contracts. The Parties have informed the Court that they have entered into a confidential written settlement agreement and, in accordance with that agreement, they jointly seek to lift the Preliminary Injunction.

Accordingly, the Court **GRANTS** the parties' joint motion. (ECF No. 41.)  It is hereby

**ORDERED** that:

1. The Court's Opinion and Order granting in part Plaintiffs' Motion for Preliminary Injunction (ECF No. 38) is hereby lifted.

All parties shall bear their own costs and fees associated with this matter.

**IT IS SO ORDERED.**


**7/28/2021**                                       s/Edmund A. Sargus, Jr.
**DATE**                                            **EDMUND A. SARGUS, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**